UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 MAY 31  P 2: 58

SIGN
BY DEPUTY CLERK

SHANDRALL ALLEN

VERSUS

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

NO. 06-338-A

## RULING

The court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 11, 2007 (doc. 11), to which no objection has been filed,  hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S. C. § 405 (g), the final decision of the Commissioner of Social Security Jo Anne B. Barnhart denying the application of Shandrall Allen for supplemental security income (SSI) benefits is hereby affirmed and this action shall be dismissed.

Baton Rouge, Louisiana, May 31 , 2007.

JOHN V. PARKER,  JUDGE
MIDDLE DISTRICT OF LOUISIANA